| | |
|---|---|
| RESTRICTED | PO# 35    1 |
| **South Carolina Department of Corrections** | Number: 35 |
| | Title: Housing Unit |
| | Date Issued: January 9, 2018 |
| | Supersedes: December 16, 2016 |
| **POST ORDERS** | Approved By: Michael McCall<br>Deputy Director for Operations |

**AUTHORITY: DEPUTY DIRECTOR FOR OPERATIONS**

**PURPOSE**: To specify the duties of the Housing Unit Officer in supervising the inmates assigned within the duty post. This officer will maintain inmate accountability, movement, and control within the duty post.

**NOTE**: **Multi- Threat Vests** must be worn at all times by Housing Unit Officers within Level II and Level III Institutions. This Officer will maintain a clear, factual, concise and permanent log of all events to include all staff assigned, all visitors, all equipment/keys assigned, inmate count, all inmate activities conducted, and any other incidents or emergencies related to this unit.

I.     **DUTIES AND RESPONSIBILITIES:**

The Housing Unit Officer will:

**Shift Change**

A.   Exchange inmate count information as well as any other vital information with the on-coming officer. An inventory of all security equipment will also be performed prior to the shift change.

**Inmate Movement Control**

A.   Prepare the inmates for scheduled activities prior to the execution of that particular activity.

B.   Ensure that all inmates released for activities are properly dressed, groomed, supervised and displaying an SCDC identification card.

C.   Maintain an accurate count of all inmates (i.e., pass books, inmate roster, destination sheets, out-count) etc.

D.   Ensure all releases for controlled movement of inmates occur only as prescribed by the "Institutional Controlled Movement Schedule".

**RESTRICTED**                                                                                  PO# 35          2

E. **At Secure Level II and Level III Institutions, all inmates will be searched utilizing a hand-held metal detector/ scanner prior to being released from unit. In the event a hand-held metal detector/ scanner is temporarily unavailable, inmates will be thoroughly frisk searched.**

F. Ensure inmates who fail to report for required activities without proper authorization will be reported to the appropriate supervisor.

G. Ensure wing doors are secured except while allowing entry or exit. In addition to wing doors, all entrance/exit doors, which directly access the yard at level II and III institutions with "Controlled Movement" will be secured no later than 9:30 PM until breakfast release the next morning. The keys to the entrance/exit doors will be retained by the Yard Officer. Where applicable, see "Specific Institutional Post Orders" for further information.

**Key Control**

A. **Maintain Housing Unit keys at <u>all</u> times. Keys will be affixed to an agency key lanyard and secured to the officer's belt. The belt will be threaded through the lanyard ring as per Agency policy and procedure and the keys will be carried inside of the BDU upper pants pocket or approved SCDC Key Pouch. Keys will not be attached to a Karabiner, D-Ring, hook, etc. at any time. At <u>no</u> time will Unit keys be given to inmates.**

B. **Officers will only possess those keys necessary to access doors, storage, and other security related items within their assigned work area/ wing. Officers will not possess keys which would allow access into other wings within the housing unit or keys which would allow egress from the housing unit during the night shift.**

**Count**

A. Announce count time and require all inmates to report to their appropriate locations, i.e., cells, work stations, etc.

B. **PERSONALLY** count and record his/her findings on the count sheet.

C. Ensure that inmates are counted independently by two (2) employees, during formal/roll call counts.

D. Tally, verify, call in, and turn over the count sheets to the appropriate supervisor. When the count is clear, normal activities will resume.

II. **OTHER DUTIES AND RESPONSIBILITIES:**

A. Randomly frisk search inmates before allowing entrance to or exit from the Unit.

B. Allow only assigned inmates entrance to the Unit.

Housing Post Order 760.02

**RESTRICTED**                                                                                           PO# 35           3

 C. Supervise the inmate workers assigned to clean the Unit.

 D. Conduct frequent inspections/searches of the Unit/rooms/cells to ensure safety, security and cleanliness as designated in the Specific Institutional Post Order.

 E. Supervise day room activities.

 F. Report all incidents to his/her immediate supervisor.

 G. Distribute over-the-counter medications and document distribution on the Medication Log Sheet.

 H. Be thoroughly familiar with the institutional evacuation procedures.

 I. Provide general assistance to inmates assigned to his/her Unit regarding agency or institutional questions or concerns. The officer may refer inmates with personal problems to an appropriate staff member.

 **J.** **During unit/ institutional lock down, due to disturbance or for disciplinary reasons, all cells will remain locked and secured at all times. Cell doors will only be opened and secured, one at a time, for feeding, showers, medical issues, or as directed by the Major or above. When cell doors are opened there must be at least three (3) uniformed security staff members present, one being the rank of Sergeant or above. Two of the uniformed security staff will be present at the cell door when opened and the third will remain a safe distance away and will be armed with an MK-IX or Ispra chemical munitions dispenser. When activated the third or "Cover Officer" post is not a pull post and should remain in place until the lock down has been cleared.**

### III.  GENERAL DUTIES:

 **A.** **This officer will remain within sight and sound of the inmates to ensure constant supervision within the living area.**

 **B.** **When a staff member or visitor enters the unit which is of the opposite sex of the inmates, and there is no other individual of the opposite sex currently present within the housing unit, the staff assigned to the unit will make an announcement of such. This announcement may be made by public address system or by clear and loud voice command that an individual of the opposite sex is in the area. No additional announcements are required as long as the member of the opposite sex is on post. These announcements must be recorded in the unit log book each time they are conducted.**

 C. This officer will be responsible for any other duties as may be assigned by a Supervisor.

**RESTRICTED**                                                                                          PO# 35                4

D.  Employees are not permitted to have reading materials on this post other than that which pertains to their duty. There will be no sleeping on this post, consumption of alcoholic intoxicants or other drugs, watching television or listening to commercial radios. Housing Unit Officers may not leave this post until properly relieved.

E.  **Employees assigned to this post are not permitted to possess or utilize any personal electronic devices (i.e. cell phone, black berries, computer, I-Pods, games, blue tooth devices, Fitbit, Cell phone watches, or any combination thereof.).**

                                                            _____
                                                            Michael McCall
                                                            Signature on File

**SPECIFIC INSTITUTIONAL POST ORDERS AS APPROVED AND DATED BY THE WARDEN:**
**TURBEVILLE CORRECTIONAL INSTITUTION**
**INSTITUTIONAL SPECIFIC POSTERS TO HOUSING UNIT #35**

Officers assigned to this post will be equipped with chemical munitions, handcuffs, two way radio and the necessary keys.

**Note:**
**Keys are to be attached to the officer's belt at all times (under most belt not duty belt), by inserting the belt through the big key ring.**

This officer is responsible for:
1. Exit doors will be checked immediately upon assuming post and log in the Logbook.
2. Ensuring all area of the building are always clean seven days a week. A daily inspection of the buildings and inmates are adhered to as per policy and procedures.
3. Conducting and inspection of the recreation field before and after their wing receives recreation privileges and log in the Logbook.
4. Conduct radio and phone checks with the control room within the first hour of duty and log into the Logbook.
5. Allowing only assigned unit inmates in the building/dayrooms.
6. Conduct inspections that will take place on all shifts.

Housing Post Order 76004

**RESTRICTED**                                                                 PO# 35           5

    a. Showers will be closed Monday – Friday 8:00-9:00 am for cleaning. Request can be made to or by a Unit Manager to keep the showers closed for more extensive cleaning if necessary.
    b. Inspection will include all areas of the unit; with emphasis on security, safety, and cleanliness. Notations would be made of anything not in the guidelines of SCDC.
    c. A daily inspection must be completed on each shift to include weekends and holidays.
    d. All Safety Data sheets will be located in the closet where the chemical s are being stored. The Unit Manager will verify that the chemicals are being stored properly.

7. All building logbooks will begin at each shift with the following: shift, date, officer and my equipment received.
Statement: I officer, _____, have assumed duties and responsibilities of Post # 35. I have read and understand the post order, conducted a security check and received all keys and equipment of the post. Shift _____ Date _____ Time _____.
8. Anytime a female enters the wing an announcement will be made indicating such and that is to be documented in the logbook in red.
9. Documentation in the unit logbook each time a Unit Counselor, Manager, Major, AW's or Warden. As well as any outside Agency of Non-Agency staff visit the dorms. These visits will be written in red ink in the logbook along with the time entered and the time exited the unit and the reason for the visit.
10. Check and document all work orders in the logbook.
11. Security checks will be conducted at least every 45 minutes to an hour during the shift. All security checks will be written in the Logbook to include the start and the finish time.
12. Each shift officer will be required to conduct at least two (2) cell searches. All shakedowns. Searches will be documented in the logbook to include the room number, the offender's name lining in the cell and who was present during the search. The SCDC form 18-10 Shakedown/Search Report, will be filled out and forwarded to The Shift Supervisor. Searches will be conducted with at least two (2) employees.
13. Log all fire and emergency drills are to be logged on the date conducted with beginning and ending times and in the back of the logbook in red ink.


_____on file_____                          01/29/2018____
Richard Cothran, Warden                                       Date